## RIVERS v. COLE.

1. **Practice:** APPEAL. The right of appeal is governed by the provisions of the law in force when the judgment was rendered.

2. ———: ———: WHERE AMOUNT IS LESS THAN $100. No appeal lies to the Supreme Court where the amount in controversy is less than $100, unless the appellant shall procure a certificate of the trial judge, as provided in § 3173 of the Code.

*Appeal from Harrison Circuit Court.*

FRIDAY, JUNE 19.

THIS suit is brought to recover, on a premium note made by the defendant to the Iowa Central Insurance Company, the sum of forty-five dollars, in such portions as the directors of the company were authorized, agreeably to their charter and by-laws, to require. There was a verdict and judgment for defendant, from which plaintiff appeals.

*Mickel & Merrill*, for appellant.

*T. E. Brannan*, for appellee.

MILLER, CH. J.—This cause is submitted on printed briefs, subject to a motion by appellee to dismiss the appeal. The cause was tried in the court below, judgment rendered, and appeal taken after the taking effect of the Code. The right of appeal is governed by the provisions of the law, applicable thereto, in force at the time the judgment was rendered. *The City of Davenport v. The Davenport & St. Paul Railroad Company.*[*]

Under the Code, section 3173, this case was not appealable without a certificate of the Judge who tried the cause, to the effect that the case "involves the determination of a question of law upon which it is desirable to have the opinion of the

[*] Not yet reported.

Rivers v. Cole.

Supreme Court." When the cause and motion were submitted, no such certificate was contained in the record, but appellant has since then furnished us with such a certificate which seems to have been made after the appeal was taken, and also after its submission to us. In order to entitle the party to an appeal in a case like this, the certificate of the Judge must be made, and becomes a part of the record at the time of the trial of the cause. The motion must be sustained and the

APPEAL DISMISSED.